AO 104 (Rev. 07/16)  Tracking Warrant (Page 2)

Case No. SL15BR22SL0001   22-1701 MB

X FILED
_ RECEIVED   _ LODGED
_ COPY
APR 27 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY NM   DEPUTY

SEALED

### Return of Tracking Warrant With Installation

1. Date and time tracking device installed: 05/05/2022 11:40 pm

2. Dates and times tracking device maintained: _____

3. Date and time tracking device removed: _____

4. The tracking device was used from *(date and time)*: 05/05/2022 11:40 pm

   to *(date and time)*: 06/17/2022 11:59 pm .

### Return of Tracking Warrant Without Installation

1. Date warrant executed: _____

2. The tracking information was obtained from *(date and time)*: _____

   to *(date and time)*: _____ .

### Certification

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date: 04/27/2023

MARCO A RODRIGUEZ JR
Digitally signed by MARCO A RODRIGUEZ JR
Date: 2023.04.27 12:46:43 -07'00'

*Executing officer's signature*

Marco Rodriguez / Special Agent
*Printed name and title*